# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| BRIGHTON CROSSING CONDOMINIUM ASSOCIATION, and BRIGHTON CROSSING HOMEOWNERS ASSOCIATION, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN FAMILY MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 4:15-CV-887-FJG |

## PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESSES

COME NOW Plaintiffs, by and through undersigned counsel, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, and disclose the following expert witnesses:

1. Plaintiffs may call Robert Kitto, licensed public adjuster, who may testify as to the liability and negligence of the defendant and the nature and extent of recoverable damages under defendant's policy of insurance pertaining to Plaintiffs' properties. Mr. Kitto's Supplemental Declaration is attached hereto as <u>Exhibit A</u>. Those materials required by Rule 26(a)(2) of the Federal Rules of Civil Procedure have been previously produced. Mr. Kitto charges $250/hour.

2. Plaintiffs reserve the right to elicit opinion testimony from any person designated by Defendant as an expert, as well as, any employees or agents of Defendant.

Respectfully Submitted,

**THE SIMON LAW FIRM, P.C.**

By: /s/ Erica Blume Slater
    John G. Simon, #35231MO
    Erica Blume Slater, #63716MO
    800 Market Street, Ste. 1700
    St. Louis, MO 63101
    jsimon@simonlawpc.com
    eslater@simonlawpc.com
    Phone: 314-241-2929
    Fax: 314-241-2029

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon all counsel of record via the Court's CM/ECF system on this 17th day of August:

Robert J. Wulff, *pro hac vice*
Benjamin Fletcher, *pro hac vice*
Exans & Dixon, LLC – St. Louis
211 N. Broadway, 25th Floor
St. Louis, MO 63102
Phone: (314) 621-7755
Fax: (314) 621-3136
rjwulff@evans-dixon.com
bfletcher@evans-dixon.com

Jane Ann Landrum #37150
Exans & Dixon, LLC – Kansas City
1100 Main Street, Suite 200
Kansas City, MO 64105
Phone: (816) 472-4600
Fax: (816) 472-4013
jlandrum@evans-dixon.com
*Attorneys for Defendants*

            /s/ Erica Blume Slater