**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

BRIGHTON CROSSING CONDOMINIUM )
ASSOCIATION, ET AL., )
)
     Plaintiffs, )
)
)
v. )     No. 15-00887-CV-W-FJG
)
AMERICAN FAMILY MUTUAL INSURANCE )
COMPANY, )
)
     Defendant. )

## <u>ORDER</u>

Currently pending before the Court is defendant American Family Mutual Insurance Company ("American Family's") Motion for Reconsideration of the Order Denying the Request to Exceed the Page Limitation (Doc. # 117).

Defendant American Family filed a Motion for Leave to Exceed the Page Limitation for its Suggestions in Opposition to Plaintiffs' Motion for Summary Judgment (Doc. # 110). American Family requested that it be allowed to file opposing suggestions of up to 30 pages in length. Instead of waiting for a ruling on its motion for leave to file over-length suggestions, American Family proceeded to file the over-length suggestions. The Court struck American Family's over-length suggestions and directed American Family to file Suggestions in Opposition which conformed with the page limitations by May 8, 2017.

On May 8, 2017, American Family filed the instant motion for reconsideration stating that due to the amount of damages alleged by plaintiff they did not want "to risk missing any opportunity to address Plaintiffs' arguments or their view of the evidence in

this case." (Motion for Reconsideration, p. 2). In their six page Motion for Reconsideration, American Family spends most of the motion arguing how plaintiffs' summary judgment motion lacks support or how plaintiffs have omitted testimony from certain witnesses. American Family states that it intends to confront each of these omissions and "dispel the numerous mischaracterizations with a discussion of the actual testimony (with a reference to the record) but, in order to do so properly, more than the standard 15 pages is needed to set the record in the proper light." (Motion for Reconsideration, pp. 4-5). American Family also states that the additional pages are necessary to debunk plaintiffs' novel legal theories and discuss the cases cited by plaintiffs. The Court disagrees that American Family needs these additional pages to make their arguments. The Court has compared the over-length suggestions that were attached to the Motion for Reconsideration with the conforming suggestions that were filed on May 8, 2017 and finds that the shorter suggestions contain all of the same arguments and points which were made in the longer suggestions. Fed.R.Civ.P. 1 states that the Federal Rules of Civil Procedure should be "construed, administered, and employed by the court and the parties to secure the just, speedy and inexpensive determination of every action and proceeding." The Court does not find that filing pleadings which are almost double the length allowed under the rule contributes to the purpose of Fed.R.Civ.P. 1. Accordingly, American Family's Motion for Reconsideration of the Order Denying the Request For Leave to Exceed the Page Limitation is hereby **DENIED**.

Date:  May 15 , 2017                 **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                   Fernando J. Gaitan, Jr.
                                     United States District Judge